IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSE LOZOYA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV206-006

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed a "Timely Notice of Preservation of Blakley/Booker Claim Writ of Habeas Corpus." As this "notice" presents no issue for the Court to rule upon, the Clerk is authorized and directed to close this civil action.

**SO ORDERED**, this 23rd day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)